CARLSON, GASKEY & OLDS, P.C.
Steven Susser, Esq. ssusser@cgolaw.com
Timothy J. Murphy, Esq. tmurphy@cgolaw.com
Alex Szypa, Esq. aszypa@cgolaw.com
David L. Atallah, Esq. datallah@cgolaw.com
*Admitted pro hac vice*
400 West Maple Road, Suite 350
Birmingham, MI 48009
Phone: (248) 988-8360
Fax: (248) 988-8360

LEWIS KOHN & WALKER, LLP
KENT M. WALKER (173700)
kwalker@lewiskohn.com
MICHAEL T. LANE (SBN 248624)
mlane@lewiskohn.com
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Phone: (858) 436-1333
Fax: (858) 436-1349

*Attorneys for Plaintiffs, ZLab S.A.,
SS Group Holdings, & Shenzhen Yibo Tech. Co.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZLAB S.A., SS GROUP HOLDINGS & SHENZEN YIBO TECH. CO., <br><br> Plaintiffs, <br><br> v. <br><br> JUUL LABS, INC., <br><br> Defendant. | Case No. 19-cv-03304-EMC <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiffs ZLab S.A., SS Group Holdings, & Shenzen Yibo Tech. Co. voluntarily dismiss this action with prejudice pursuant to Federal Rule of Procedure 41(a)(1)(A)(i).

Dated: November 1, 2019

/s/ Steven Susser
CARLSON, GASKEY & OLDS, P.C.
Steven Susser, Esq. ssusser@cgolaw.com
David L. Atallah, Esq. datallah@cgolaw.com
Timothy J. Murphy, Esq. tmurphy@cgolaw.com
Alex Szypa, Esq. aszypa@cgolaw.com
*Admitted pro hac vice*
400 West Maple Road, Suite 350
Birmingham, MI 48009
Phone: (248) 988-8360
Fax: (248) 988-8360

LEWIS KOHN & WALKER, LLP
Kent M. Walker (173700)
kwalker@lewiskohn.com
Michael T. Lane (SBN 248624)
mlane@lewiskohn.com
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Phone: (858) 436-1333
Fax: (858) 436-1349

*Attorneys for Plaintiffs, ZLab S.A.,*
*SS Group Holdings, & Shenzhen Yibo Tech. Co.*

# ATTESTATION

I, Kent M. Walker, am the ECF user whose ID and password are being used to file the above document. In compliance with Local Rule 5-1(i)(3), I hereby attest that signatory Steven Susser has concurred in the filing of the above document.

Dated: November 1, 2019

                                        */s/ Kent M. Walker*
                                        Kent M. Walker (173700)
                                        LEWIS KOHN & WALKER, LLP
                                        kwalker@lewiskohn.com
                                        15030 Avenue of Science, Suite 201
                                        San Diego, CA 97128
                                        Phone: (858) 436-1335



DATED: November 1, 2019